# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 3:11-CR-83-001 |
| ) | United States Judge Phillips |
| ) | |
| JASON HOLLYFIELD ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Jason Hollyfield, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Hollyfield's supervised release should be revoked and that he should receive a sentence of eighteen (18) months incarceration with no supervised release to follow.

Mr. Hollyfield agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is III. The advisory guideline range is 18-24 months for "Grade A" violations which the Court has carefully considered. There is a statutory maximum of 23 months 28 days imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to a term of imprisonment of eighteen (18) months to be followed by no supervised release. It is further recommended that Mr. Hollyfield be designated to the Bureau of Prisons facility in Manchester, KY or Lexington, KY.

*Thomas H. Phillips*
Honorable Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

Cynthia F. Davidson / by Ben Sharp with Permission
Cynthia F. Davidson
Assistant U.S. Attorney

Benjamin G. Sharp
Attorney for Defendant

Jason Hollyfield
Defendant

Amber D. Wilson / by Ben Sharp with Permission
Amber D. Wilson
U.S. Probation Officer